Joe Evans and Willie Brown, *Plaintiffs in Error*, vs.
The State of Florida, *Defendant in Error*.
144 So. 656.
En Banc.
Opinion filed November 22, 1932.

*Buie & Hipler*, for Plaintiffs in Error;
*Cary D. Landis*, Attorney General, and *Roy Campbell*,
Assistant, for the State.

Per Curiam.—Plaintiffs in error were indicted and con-
victed for receiving and concealing stolen property. Each
was sentenced to three years in the State Penitentiary and
they seek to be relieved of that judgment by writ of error.

It is contended that the trial Court committed error in
his charge to the jury, in his admission of testimony, in
his refusal to instruct a verdict for the defendants and in
his denial of defendant's motion for new trial.

We have examined the record in the light of each of
these assignments and while the evidence is conflicting,
there is ample predicate for the verdict and judgment as
to the defendant, Brown, but as to the defendant, Evans,
the evidence is insufficient. Otherwise no reversible error
was committed.

The questions raised have been settled by repeated de-
cisions of this Court so a discussion of them would serve
no useful purpose. The judgment below is accordingly
affirmed as to Brown but it is reversed for a new trial as
to Evans.

Affirmed in part, reversed in part.

Whitfield, Ellis, Terrell and Davis, J.J., concur.

Buford, C.J., dissents as to reversal as to Evans.

Brown, J., not participating.